

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

Plaintiff

-v-

13-CV-1111-A

ONE 2004 PONTIAC GRAND PRIX GTP
Vehicle Identification No. 2G2WR524141353892,

Defendant

---

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

Upon the application of the plaintiff in this action pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing that all of the persons or entities known or thought to have an interest in or claim to the defendant vehicle having been given due notice of these proceedings, and no response to plaintiff's motion for default judgment having been filed, and after full and careful consideration of the plaintiff's motion, and all prior pleadings and proceeding in this matter, it is hereby

**ORDERED,** that this Judgment of Default be entered against the defendant vehicle; and it is hereby

**ORDERED,** that the defendant One 2004 Pontiac Grand Prix GTP, Vehicle Identification No. 2G2WR524141353892 is hereby forfeited to the United States of America pursuant to Title 8, United States Code, Section 1324(b); and it is further

**ORDERED**, that the Department of Homeland Security, U.S. Customs and Border Protection, shall dispose of the defendant vehicle in accordance with law; and it is further

**ORDERED,** that any claims to the defendant vehicle are hereby forever barred.

DATED:   Buffalo, New York, ~~February~~ *March 7* , 2014.


HONORABLE RICHARD J. ARCARA
United States District Judge